# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2025-0762
LT Case No. 2011-CF-006841-A

_____

CLARENCE PERKINS, JR.,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

3.800 Appeal from the Circuit Court for Duval County.
Mark Jeffrey Borello, Judge.

Clarence Perkins, Jr., Milton, pro se.

No Appearance for Appellee.

October 28, 2025

PER CURIAM.

AFFIRMED. *See Clayton v. State*, 953 So. 2d 758 (Fla. 5th DCA 2007); *Frumenti v. State*, 885 So. 2d 924 (Fla. 5th DCA 2004); *Fyler v. State*, 852 So. 2d 442 (Fla. 5th DCA 2003); *Sampson v. State*, 832 So. 2d 251 (Fla. 5th DCA 2002); *Wright v. State*, 780 So. 2d 216 (Fla. 5th DCA 2001).

WALLIS, EISNAUGLE, and MACIVER, JJ., concur.

―――――――――――――

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

―――――――――――――